# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOMY STERLING,<br><br>        Plaintiff,<br><br>v.<br><br>JANE DOE (AKA BEEISM),<br><br>        Defendant. | C.A. No. _____<br><br><br>**JURY DEMAND** |

## COMPLAINT

COMES NOW, Plaintiff, JOMY STERLING (hereinafter referred to as "**Ms. Sterling**" and/or "**Plaintiff**"), through counsel, and files this Complaint against JANE DOE aka BEEISM (hereinafter referred to as "**Beeism**" or "**Defendant**"), an individual, and in support thereof, states as follows:

## NATURE OF THE ACTION

1. This action arises out of false and defamatory statements made by the Defendant about Ms. Sterling to others. Specifically, statements that Ms. Sterling is someone that engages in pedophilia and/or harms or otherwise abuses her husband (to the point of actually killing him). These statements were made by the Defendant in order to destroy Ms. Sterling's reputation.

## THE PARTIES

2. Plaintiff, JOMY STERLING, is an individual residing in Osceola County, Florida and a citizen of the State of Florida.

3. Defendant, JANE DOE aka BEEISM, is an unidentified individual that resides in, and is a citizen of, the State of California.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(b). The parties are citizens of different states and the value of Ms. Sterling's claims against the Defendant exceeds $75,000.

5. This Court may exercise personal jurisdiction over the Defendant because she has: (a) committed intentional and tortious acts within the State of Florida and (b) otherwise availed herself of this forum.

6. Venue is proper within this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims herein occurred in this District.

## GENERAL ALLEGATIONS

7. Roblox is a popular online social network and community.

8. Ms. Sterling goes by the persona Pixelated Candy and is well known in the Roblox community largely because of her popular Roblox game *Fashion*

*Famous*, the creation of other popular Roblox games and game assets, and significant community engagement since at least as early as 2014.

9. Ms. Sterling makes a living as a Roblox video game developer, publisher, and personality.

10. Beeism is a persona used by an unknown individual that is also well known in the Roblox community. She frequently communicates with others in the Roblox community via social media posts, such as Tweets, and through texts, chats, and direct messages through various social media platforms.

11. Starting in or around 2017, for no reason at all, Beeism began to attack Ms. Sterling's reputation and business with false and defamatory accusations. Beeism published these accusations to others in the Roblox community (including Ms. Sterling's fans, family, and business associates) via social media posts and directly via texts, chats, and direct messages.

12. Then again, in or around July, 2020, Beeism publicly accused Ms. Sterling of engaging in pedophilia-related conduct to others through texts and social media posts. For example, Beeism told approximately 80,000 of her Twitter followers during this time that Ms. Sterling, someone in her mid-thirties, invited a fifteen year old she met on Roblox to her house for an overnight Disney World trip, clearly communicating to the reader of the Tweet that Ms. Sterling is someone on Roblox involved with pedophilia or that otherwise stalks minors on the platform. *See* a copy of this Tweet, attached hereto as **Exhibit A** (the "**Pedophile**

**Tweet**"); *see also* Declaration of Stefan Baronio, attached hereto as **Exhibit B**, at ¶ 6.

13. Beeism's accusations that Ms. Sterling engages in unlawful conduct with minors are false. Ms. Sterling is not a pedophile nor does she engage in unlawful conduct with minors.

14. Upon information and belief, Beeism knew the pedophile statement was false when she made it, or at the very least made it with reckless disregard for the statement's truth. Specifically:

15. Prior to the making the statement, Beeism was told that Ms. Sterling does not invite random 15 year olds from Roblox to her house and that Beeism's belief that Ms. Sterling was engaging in inappropriate conduct with minors was predicated on incomplete and/or inaccurate information. *See* **Ex. B**, at ¶¶ 7-8. However, Beeism did not care. *Id.* at ¶ 8.

16. Beeism also told Mr. Baronio before posting the Pedophile Tweet that all she needed to say on Twitter was something "shady" about Ms. Sterling like "if you're a grown ass women [sic] please quit inviting 15 year old boys you meet from roblox to your house for the summer to go to disneyworld," and it would be all over and "it would be that simple." She repeatedly told Mr. Baronio that she could "ruin [Ms. Sterling] with one tweet." *Id.* at ¶ 9.

17. Mr. Baronio told Beeism before she posted the Pedophile Tweet that Ms. Sterling did not hire people under the age of 18. *See id.* at ¶ 10.

18.     Upon information and belief, Beeism has since deleted many of the public statements she made relating to the Pedophile Tweet because she knew or had reason to know that such statements were wrong.

19.     In or around July 2020, Beeism also told approximately 80,000 of her Twitter followers that the police were sent to Ms. Sterling's home to check on her husband because, according to Beeism, no one had seen or heard from him since Ms. Sterling started to "com[e] undone," clearly communicating to the reader of the Tweet that Ms. Sterling is someone that harms or otherwise abuses her husband (possibly to the point of killing him). *See* copy of this Tweet, attached hereto as **Exhibit C** (the "**Wellness Tweet**"); *see also* Declaration of Taylor Sterling, attached hereto as **Exhibit D**, at ¶ 4; Declaration of Max Gartung, attached hereto as **Exhibit E**, at ¶ 5.

20.     Upon information and belief, Beeism was the one who made the call to the police, which resulted in the police visiting Ms. Sterling's home, and who falsely told the police that Ms. Sterling's husband's friends and co-workers had not heard from him in two months. *See* **Ex. C**. As a result of these false statements, the police showed up to Ms. Sterling's home unannounced on the 4th of July to interrogate Ms. Sterling's husband about his wellbeing, which was not only traumatic to him, but to his entire family, including Ms. Sterling, his 7 year old child, and elderly grandmother. *See* **Ex. D**, at ¶ 8.

21. Beeism's accusation that Ms. Sterling is someone that harms or abuses her husband is false. Ms. Sterling has not harmed or abused her husband in any way. Indeed, Ms. Sterling's husband was perfectly fine when the police were called to her house to check on him. *See* **Ex. D** at ¶¶ 9-10.

22. Upon information and belief, Beeism knew the Wellness Tweet was false when she made it, or at the very least made it with reckless disregard for the statement's truth. Specifically:

23. Beeism did not ask any of Taylor Sterling's friends or co-workers about his wellbeing prior to publishing the Wellness Tweet. *See* **Ex. D** at ¶ 7; *see also* **Ex. E** at ¶ 9. She, therefore, did not have any information to make the assertion that "no one had seen or heard from" him in good faith.

24. Further, Mr. Gartung was in contact with Beeism via Twitter both before and after the Wellness Tweet and at no point did Mr. Gartung ever give Beeism the impression that Taylor was in any danger. In fact, she was aware that Taylor and Mr. Gartung worked together, but she never asked about Taylor's wellbeing knowing she could have. *See* **Ex. E** at ¶ 8.

25. Upon information and belief, Beeism has since deleted many of the public statements she made relating to the Wellness Tweet because she knew or had reason to know that such statements were wrong.

26. Beeism's false and defamatory statements, as alleged herein, targeted Ms. Sterling, an individual residing in the State of Florida – a fact that Beeism knew.

27. Beeism's false and defamatory statements, as alleged herein, were accessible in the State of Florida.

28. Upon information and belief, individuals located in the State of Florida accessed and read Beeism's false and defamatory accusations about Ms. Sterling.

29. Beeism's false and defamatory statements have damaged Ms. Sterling's reputation in the Roblox community, her business, and her relationships, particularly with her family and others in the Roblox community. The statements have also caused Ms. Sterling mental and emotional pain and suffering.

## COUNT I - DEFAMATION

30. Ms. Sterling repeats and re-alleges each of the allegations in the paragraphs above as though they were fully set forth herein.

31. Beeism published false statements about Ms. Sterling, such as the statements referenced and alleged herein, to others by way of social media posts and direct messages (such as texts and chats).

32. Beeism made the statements identified and referenced herein knowing they were false, with reckless disregard as to their probably falsity, or at the very least with negligence.

33. The statements made by Beeism, as alleged herein, have subjected Ms. Sterling to hatred, distrust, ridicule, contempt, and disgrace within the Roblox community and have injured her in her trade and profession.

34. Ms. Sterling has been injured as a direct and proximate cause of Beesim's statements.

**WHEREFORE**, Ms. Sterling respectfully requests that this Court make a finding that Beeism's statements regarding Ms. Sterling are defamatory and render a judgment against Beeism: (a) ordering her to retract all false and defamatory statements made about Ms. Sterling and to issue a public apology to Ms. Sterling for her false and defamatory statements; (b) prohibiting Beeism from making further false and defamatory statements about Ms. Sterling; (c) awarding Ms. Sterling a damages award (compensatory and/or punitive), including but not limited to an amount in excess of $200,000, prejudgment interest, attorney's fees, and costs; and (d) providing any such other further relief as this Court deems just and proper under the circumstances.

### COUNT II – TRADE LIBEL

35. Ms. Sterling repeats and re-alleges each of the allegations in the paragraphs above as though they were fully set forth herein.

36. Beeism published false statements about Ms. Sterling, such as the statements referenced and alleged herein, to others by way of social media posts and direct messages (such as texts and chats).

37. When Beesim made the statements alleged herein she knew or had reason to know that the statements would likely induce others not to deal with Ms. Sterling, her Roblox games, and/or her Roblox business.

38. Beeism's statements indicating that Ms. Sterling engages in unlawfully conduct with minors and someone that abuses her husband have materially and substantially induced others not to deal with Ms. Sterling, her Roblox games, and/or her Roblox business.

39. Beeism's statements have directly and proximately caused and will continue to cause Ms. Sterling to lose profits, in addition to a loss of business relationships and a fan base that are required to publish and maintain a successful game on Roblox.

**WHEREFORE**, Ms. Sterling respectfully requests that this Court make a finding that Beeism's statements regarding Ms. Sterling constitute trade libel and render a judgment against Beeism: (a) ordering her to retract all false and defamatory statements made about Ms. Sterling and to issue a public apology to Ms. Sterling for her false and defamatory statements; (b) prohibiting Beeism from making further false and defamatory statements about Ms. Sterling or her busi-

ness; (c) awarding Ms. Sterling a damages award (compensatory and/or punitive), including but not limited to an amount in excess of $200,000, prejudgment interest, attorney's fees, and costs; and (d) providing any such other further relief as this Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands a Trial by Jury on all issues so triable.

DATED: April 23, 2021                     Respectfully submitted,

                                          Jomy Sterling,

                                          By Her Attorney,
                                          /s/ Shaun P. Keough
                                          Shaun P. Keough (Trial Counsel)
                                          Florida Bar  # 1000985
                                          PARKER KEOUGH LLP
                                          3505 Lake Lynda Dr. Suite 200
                                          Orlando, FL 32817
                                          Tel.: (321) 262-1146
                                          Fax.: (617) 963-8315
                                          E-mail: skeough@parkerkeough.com