## Tweet

 **Beeism**
@BeeismRblx

& yea, when some1 in her mid 30's invites a 15 yo she met on roblox to her house for overnite visits OF COURSE I'M GONNA SAY SOMETHIN. never called her a pedo but I 100% stand by the fact someone in their 30's should not invite minors to their house for overnite disneyworld trips

7:15 PM · 7/4/20 · **Twitter Web App**

**11** Retweets **259** Likes

 **Nelson "Frosty"** @iiKingFrosty44 · 12m
Replying to @BeeismRblx

Alright hold up, we've been family friends for years now they know and have MET my parents they were completely fine with it, PLUS she has siblings my age that I was hanging out with as well.

♡ 2

Tweet your reply