UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOMY STERLING,<br><br>　　　　Plaintiff, v.<br><br>JANE DOE (AKA BEEISM),<br><br>　　　　Defendant. | C.A. No. _____<br><br>**JURY DEMAND** |

### DECLARATION OF STEFAN BARONIO

I, Stefan Baronio, hereby declare under penalty of perjury, 28 U.S.C. § 1746, that the following is true and correct to the best of my information and belief:

1. My name is Stefan Baronio. I am over the age of 18. I am a Roblox devel-oper. I had an online relationship with the person who goes by Beeism on the Roblox platform since 2016 and communicated with her regularly via texts, Tweets, direct messages, and Discord chats.

2. I am making the instant declaration based on personal knowledge, except as to matters stated upon information and belief, and as to those matters I believe them to be true. If called upon to testify, I could and would competently testify to the same. This declaration is being provided voluntarily and with a sound mind.

3. I was not given anything in exchange for my testimony herein, nor do I have a financial interest in the outcome of the above-referenced case (the "**Case**").

4. I am not an employee or independent contractor of or for any of the parties in this Case.

5. I do not have a direct or indirect contractual or fiduciary relationship with any of the parties in this Case.

6. On or about July 4, 2020, I read the Tweet Beeism posted on July 4, 2020, attached hereto as **Exhibit A**, in which she stated "& yeah, when some1 in her mid 30's invites a 15 yo she met on roblox to her house for overnite visits OF COURSE I'M GONNA SAY SOMETHIN. never called her a pedo but I 100% stand by the fact someone in their 30's should not invite minors to their house for overnite Disneyworld trips" (the "**Tweet**").

7. The fifteen year old Beeism is referring to in the Tweet is a person that goes by the online persona Nelson "Frosty" on Twitter.

8. Before Beeism posted the Tweet, I told Beeism that Ms. Sterling does not invite random 15 year olds from Roblox to her house, that she did not under-stand Nelson's full situation, and that if she did, she would understand the Nel-son situation. Beeism responded that she did not need to understand Nelson's situation.

9. Beeism also told me before posting the Tweet that all she needed to say on Twitter was something "shady" about Ms. Sterling like "if you're a grown ass women [sic] please quit inviting 15 year old boys you meet from roblox to your house for the summer to go to disneyworld," and it would be all over and "it would be that simple." She repeatedly told me that she could "ruin [Ms. Sterling] with one tweet."

10. I told Beeism before she posted the Tweet that I was over the age of 18 during the time I worked with Ms. Sterling.

11. The Tweet was published to approximately 80,000 of Beeism's Twitter followers and then circulated to many within the professional Roblox community including myself.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __23rd__ day of __March__, 2021.

_Stefan Baronio_
Stefan Baronio

# Exhibit A


**Beeism**
@BeeismRblx

& yea, when some1 in her mid 30's invites a 15 yo she met on roblox to her house for overnite visits OF COURSE I'M GONNA SAY SOMETHIN. never called her a pedo but I 100% stand by the fact someone in their 30's should not invite minors to their house for overnite disneyworld trips

7:15 PM · 7/4/20 · Twitter Web App

11 Retweets  259 Likes


**Nelson "Frosty"** @iiKingFrosty44 · 12m
Replying to @BeeismRblx

Alright hold up, we've been family friends for years now they know and have MET my parents they were completely fine with it, PLUS she has siblings my age that I was hanging out with as well.