

**Tweet**

**Taylor Sterling** @Taymastar · 20m

She clearly knew this was going to happen today, she admits it here. They lied to police about my co-workers and friends not hearing from me for two months so they'd come to my house and they could confirm where my family lives. BEEISM NEEDS TO BE STOPPED!

> **Beeism** @BeeismRblx · 31m
> Replying to @dollastic and @ExtremelyMondor
> there was a wellness check for tay cuz no one had seen or heard from him since his meltdown, and we're alllll witnesses to pix's behavior the last few weeks. the chick is coming undone. t...

💬 41   🔁 13   ♡ 106

**Beeism**
@BeeismRblx

like fr I feel like y'all start with me to stay relevant and I'm tired of having to shut you guys down every time you talk about me. kindly leave me alone and live that happy life you wish we

Tweet your reply