UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JOMY STERLING,<br><br>        Plaintiff,<br><br>v.<br><br>JANE DOE (AKA BEEISM),<br><br>        Defendant. | C.A. No. _____<br><br><br>**JURY DEMAND** |

## **DECLARATION OF TAYLOR STERLING**

I, Taylor Sterling, hereby declare under penalty of perjury, 28 U.S.C. § 1746, that the following is true and correct to the best of my information and belief:

1. My name is Taylor Sterling. I am over the age of 18. I am Jomy Sterling's husband. People occasionally refer to me as "tay" because my Twitter handle is @Taymastar. I reside in Osceola County, Florida.

2. I am making the instant declaration based on personal knowledge, except as to matters stated upon information and belief, and as to those matters I believe them to be true. If called upon to testify, I could and would competently testify to the same. This declaration is being provided voluntarily and with a sound mind.

3. On or about July 4, 2020, I read the Tweet Beeism posted on July 4, 2020, attached hereto as **Exhibit A**, in which she stated "& yeah, when some1 in her mid 30's invites a 15 yo she met on roblox to her house for overnite visits OF COURSE I'M GONNA SAY SOMETHIN. never called her a pedo but I 100% stand by the fact someone in their 30's should not invite minors to their house for overnite Disneyworld trips."

4. On or about July 4, 2020, I read the Tweet Beeism posted on July 4, 2020, attached hereto as **Exhibit B**, in which she stated "there was a wellness check for tay cuz no one had seen or heard from him since his meltdown, and we're alllll witnesses to pix's behavior the last few weeks. the chick is coming undone. tay didn't get swatted, a cop knocked on his door to make sure he was alive."

5. Beeism's reference to "tay" is me, Taylor Sterling, which most if not all members of the Roblox community know.

6. Beeism's reference to "pix" is my wife Ms. Sterling as she goes by Pixelated Candy on the Roblox platform, which most if not all members of the Roblox community know.

7. Beeism did not ask any of my friends or co-workers about my wellbeing prior to her publishing the Tweet attached hereto as **Exhibit B**. Therefore, her assertion that "no one had seen or heard from" me was false and made by her knowing it was false.

8. Beeism's and her friend Monika's false statements to the police resulted in the police coming to my house unannounced on the 4th of July to interrogate me and other members of my family about my wellbeing, which was not only traumatic to me, but to my entire family, including my 7 year old child and elderly grandmother.

9. I was perfectly fine and in good health when the police showed up to my home on the 4th of July.

10. My wife, Jomy Sterling, does not abuse me in any way.

11. The aforementioned Tweets were published to approximately 80,000 of Beeism's Twitter followers, including me.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __12th__ day of __April__, 2021.

*Taylor Sterling*

Taylor Sterling

# Exhibit A

**Tweet**

 **Beeism**
@BeeismRblx

& yea, when some1 in her mid 30's invites a 15 yo she met on roblox to her house for overnite visits OF COURSE I'M GONNA SAY SOMETHIN. never called her a pedo but I 100% stand by the fact someone in their 30's should not invite minors to their house for overnite disneyworld trips

7:15 PM · 7/4/20 · Twitter Web App

11 Retweets  259 Likes

 Nelson "Frosty" @iiKingFrosty44 · 12m
Replying to @BeeismRblx

Alright hold up, we've been family friends for years now they know and have MET my parents they were completely fine with it, PLUS she has siblings my age that I was hanging out with as well.

♡ 2

Tweet your reply

# Exhibit B

# Beeism
27.9K Tweets

Tweets | **Tweets & replies** | Media | Likes

♡ 15     ⇅     ♡ 143

**Beeism** @BeeismRblx · 9m
Replying to @dollastic and @ExtremelyMondor

you need to quit coming for everyone on this side cuz obviously you only know what tay and pix tell you. you and and I have never conversed so ik for damn sure you don't know my half. now quit comin for me & my friends who did nothing wrong.

💬 1     ⇅     ♡ 2

**Beeism** @BeeismRblx · 10m
Replying to @dollastic and @ExtremelyMondor

there was a wellness check for tay cuz no one had seen or heard from him since his meltdown, and we're alllll witnesses to pix's behavior the last few weeks. the chick is coming undone. tay didn't get swatted, a cop knocked on his door to make sure he was alive

💬     ⇅     ♡ 4

**Who to follow**

👤 Roblox and 2 others follow

Barbie

✓ Your Tweet was sent



 **Tweet**

 **Taylor Sterling** @Taymastar · 20m
She clearly knew this was going to happen today, she admits it here. They lied to police about my co-workers and friends not hearing from me for two months so they'd come to my house and they could confirm where my family lives. BEEISM NEEDS TO BE STOPPED!

>  **Beeism** @BeeismRblx · 31m
> Replying to @dollastic and @ExtremelyMondor
> there was a wellness check for tay cuz no one had seen or heard from him since his meltdown, and we're alllll witnesses to pix's behavior the last few weeks. the chick is coming undone. t...

 41   13   106  

 **Beeism**
@BeeismRblx

like fr I feel like y'all start with me to stay relevant and I'm tired of having to shut you guys down every time you talk about me. kindly leave me alone and live that happy life you wish we

 Tweet your reply

