**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOMY STERLING,

          Plaintiff,

v.

JANE DOE (AKA BEEISM),

          Defendant.

C.A. No. _____

**JURY DEMAND**

## DECLARATION OF MAX GARTUNG

    I, Max Gartung, hereby declare under penalty of perjury, 28 U.S.C. § 1746, that the following is true and correct to the best of my information and belief:

    1.  My name is Max Gartung. I am over the age of 18. I am a Roblox developer. I have had an online relationship with the person who goes by Beeism on the Roblox platform since 2016 or so and communicate with her regularly via Tweets and direct messages.

    2.  I am making the instant declaration based on personal knowledge, except as to matters stated upon information and belief, and as to those matters I believe them to be true. If called upon to testify, I could and would competently testify to the same. This declaration is being provided voluntarily and with a sound mind.

Page 1 of 3

3.  I was not given anything in exchange for my testimony herein, nor do I have a financial interest in the outcome of the above-referenced case.

4.  I joined the development team for Star Status as a scripter in early January, 2020.

5.  On or about July 4, 2020, I read the Tweet Beeism posted on July 4, 2020, attached hereto as **Exhibit A**, in which she stated "there was a wellness check for tay cuz no one had seen or heard from him since his meltdown, and we're alllll witnesses to pix's behavior the last few weeks. the chick is coming undone. tay didn't get swatted, a cop knocked on his door to make sure he was alive."

6.  Beeism's reference to "tay" is Taylor Sterling, Ms. Sterling's husband, which most if not all members of the Roblox community know.

7.  Beeism's reference to "pix" is Ms. Sterling as she goes by Pixelated Candy on the Roblox platform, which most if not all members of the Roblox community know.

8.  Before and after Beeism's aforementioned Tweet I had been in contact with Beeism via Twitter and at no point was she ever given the impression that Taylor was in any danger. She was aware of the fact that Taylor and myself both worked together and did not ask about Taylor's wellbeing at any point knowing she could have.

9.  No one on our development team was ever contacted by Beeism to ask about Taylor's wellbeing.

10. The aforementioned Tweet was published to approximately 80,000 of Bee-
ism's Twitter followers, including me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd_____ day of March_____, 2021.

Max Gartung

Exhibit A

Tweets    **Tweets & replies**    Media    Likes

♡ 15          ↺↓          ♡ 143          ⬆

**Beeism** @BeeismRblx · 9m
Replying to @dollastic and
@ExtremelyMondor

you need to quit coming for everyone on
this side cuz obviously you only know what
tay and pix tell you. you and and I have
never conversed so ik for damn sure you
don't know my half. now quit comin for me
& my friends who did nothing wrong.

💬 1          ↺          ♡ 2          ⬆

**Beeism** @BeeismRblx · 10m
Replying to @dollastic and
@ExtremelyMondor

there was a wellness check for tay cuz no
one had seen or heard from him since his
meltdown, and we're alllll witnesses to
pix's behavior the last few weeks. the
chick is coming undone. tay didn't get
swatted, a cop knocked on his door to
make sure he was alive

💬          ↺          ♡ 4          ⬆

## Who to follow

👤 Roblox and 2 others follow

**Barbie**

✓ Your Tweet was sent                              ›



**Taylor Sterling** @Taymastar · 20m

She clearly knew this was going to happen today, she admits it here. They lied to police about my co-workers and friends not hearing from me for two months so they'd come to my house and they could confirm where my family lives. BEEISM NEEDS TO BE STOPPED!

>  **Beeism** @BeeismRblx · 31m
> Replying to @dollastic and @ExtremelyMondor
>
> there was a wellness check for tay cuz no one had seen or heard from him since his meltdown, and we're alllll witnesses to pix's behavior the last few weeks. the chick is coming undone. t...

💬 41   🔁 13   ♡ 106   ↑   ⏸



**Beeism**
@BeeismRblx

like fr I feel like y'all start with me to stay relevant and I'm tired of having to shut you guys down every time you talk about me. kindly leave me alone and live that happy life you wish we

 Tweet your reply