# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| JOMY STERLING,<br><br>      Plaintiff,<br><br>v.<br><br>JANE DOE (AKA BEEISM),<br><br>      Defendant. | C.A. No. 6:21-cv-00723-PGB-EJK |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO SERVE A SUMMONS AND COMPLAINT UNDER FED. R. CIV. P. 4

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, Jomy Sterling ("**Ms. Sterling**" or "**Plaintiff**"), respectfully moves the Court for an order extending the deadline to serve a summons and complaint under Fed. R. Civ. P. 4(m) from March 20, 2022 to June 20, 2022 in light of the stay currently in effect. Defendant does not oppose this request for relief.

## LOCAL RULE 3.01(g) CERTIFICATION

Defendant Jane Doe aka Beeism has not been served process yet and therefore she has not appeared pro se or as a represented party. However, Adam Losey of Losey PLLC maintains that he represents the person who goes by Beeism. To comply with the spirit of Local Rule 3.01(g) I reached out to Mr. Losey prior to

filing the instant motion to see if his client opposed the motion. Mr. Losey indicated that his client does not oppose the motion.

DATED: March 21, 2022    Respectfully submitted,

Jomy Sterling,

By Her Attorney,
/s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)
Florida Bar  # 1000985
3505 Lake Lynda Dr. Suite 200
Orlando, FL 32817
Tel.: (321) 262-1146
Fax.: (617) 963-8315
E-mail: skeough@yourtrademarkdefender.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing to Adam Losey through the Court's CM/ECF filing system on March 21, 2022.

BY: /s/ Shaun P. Keough
Shaun P. Keough (Trial Counsel)

Florida Bar  # 1000985