# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOMY STERLING,**

      **Plaintiff,**

v.                                         **Case No: 6:21-cv-723-PGB-EJK**

**MADILYNN DE LA ROSA,**

      **Defendant.**

/

## ORDER

This cause is before the Court on the parties' Motion for Settlement and Mediation Conference. (Doc. 50). The parties request a settlement and mediation conference before an assigned Magistrate Judge of this Court somewhere between September 5, 2023 and September 18, 2023. (*Id.*).

Accordingly,

1. This case is **REFERRED** to United States Magistrate Judge Daniel Irick, who is not assigned to this case, to conduct a settlement conference.

2. The parties shall attend the conference at Magistrate Judge Irick's direction, the details of which will be contained in a separate order issued by Magistrate Judge Irick.

**DONE AND ORDERED** in Orlando, Florida on September 1, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties