# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOMY STERLING,**

      **Plaintiff,**

v.                                      **Case No: 6:21-cv-723-PGB-EJK**

**MADILYNN DE LA ROSA and**
**JANE DOE,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on Defendant Jane Doe's Status Report providing notice that the United States Supreme Court has denied her petition for a Writ of Certiorari. (Doc. 66).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The stay is hereby lifted, and the Clerk of Court is accordingly **DIRECTED** to reopen the case.

2. Plaintiff is **DIRECTED** to timely serve its third-party subpoenas and copies of relevant Court Orders upon Roblox Corporation and Twitter, Inc. (*See* Docs. 9, 10, 16, 24).

3. Roblox Corporation and Twitter, Inc. are **ORDERED** to produce information responsive to Plaintiff's third-party subpoenas upon receipt of those subpoenas and the Court's Orders. (*Id.*).

4. Plaintiff is **DIRECTED** to file the third-party responses to those subpoenas under seal no more than seven days after their receipt.

5. Upon filing of the responses, Defendant Madilynn De La Rosa may at that time renew her motion to dismiss.

6. After resolution of any motions to dismiss, the Court will issue an amended case management scheduling order.

**DONE AND ORDERED** in Orlando, Florida on June 12, 2023.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2