# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOMY STERLING,

        Plaintiff,

v.                                                    Case No:   6:21-cv-723-PGB-EJK

MADILYNN DE LA ROSA and JANE DOE,

        Defendants

---

## ORDER

Upon consideration of the Court's June 12, 2023 Order (Doc. No. 67), **TAKE NOTICE** that the settlement conference scheduled before the undersigned for September 6, 2023 (Doc. No. 55) is hereby **CANCELED**. The undersigned will reschedule the settlement conference upon issuance of an amended case management and scheduling order.  *See* Doc. No. 67.

**DONE** and **ORDERED** in Orlando, Florida on June 13, 2023.

*[Signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties