# Exhibit A

# Frisch Production Excerpts



*Frisch-0001*



*Frisch-0002*



*Frisch-0005*



*Frisch-0009*



*Frisch-0010*



*Frisch-0011*



*Frisch-0012*